Receipt # 11090483
08/30/10 $6.17 KB

# Claims Proposed Distribution

## Case: 05-92780    BARTOSIK, DESTINY S.

**Case Balance:** $3,850.60    **Total Proposed Payment:** $3,850.60    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | THOMAS J. GAFFNEY <br> <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,750.06 | 1,750.06 | 0.00 | 1,750.06 | 1,750.06 | 2,100.54 |
| | THOMAS J. GAFFNEY <br> <2200-00 Trustee Expenses> | Admin Ch. 7 | 37.80 | 37.80 | 0.00 | 37.80 | 37.80 | 2,062.74 |
| | THOMAS J. GAFFNEY, ESQ. <br> <3210-00 Attorney for Trustee Fees (Other Firm)> | Admin Ch. 7 | 302.50 | 302.50 | 0.00 | 302.50 | 302.50 | 1,760.24 |
| | THOMAS J. GAFFNEY, ESQ. <br> <2200-00 Trustee Expenses> | Admin Ch. 7 | 3.82 | 3.82 | 0.00 | 3.82 | 3.82 | 1,756.42 |
| | Clerk, U.S. Bankruptcy Court <br> <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 | 1,496.42 |
| **SUBTOTAL FOR ADMIN CH. 7** | | | **2,354.18** | **2,354.18** | **0.00** | **2,354.18** | **2,354.18** | |
| 1 | Alden State Bank | Unsecured | 27,490.64 | 27,490.64 | 0.00 | 27,490.64 | 389.60 | 1,106.82 |
| 3 | Alden State Bank | Unsecured | 1,307.74 | 1,307.74 | 0.00 | 1,307.74 | 18.53 | 1,088.29 |
| 4 | University Pediatric Associate | Unsecured | 220.00 | 220.00 | 0.00 | 220.00 | 3.12 | 1,085.17 |
| 5 | Windsong Radiology | Unsecured | 215.00 | 215.00 | 0.00 | 215.00 | 3.05 | 1,082.12 |
| 6 | United Memorial Medical Center | Unsecured | 1,595.14 | 1,595.14 | 0.00 | 1,595.14 | 22.61 | 1,059.51 |
| 7 | Roundup Funding, LLC | Unsecured | 389.77 | 389.77 | 0.00 | 389.77 | 5.52 | 1,053.99 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured | 11,287.26 | 11,287.26 | 0.00 | 11,287.26 | 159.97 | 894.02 |
| 9 | Verizon | Unsecured | 508.55 | 508.55 | 0.00 | 508.55 | 7.21 | 886.81 |
| 10 | Genesee Co Dept of Soc Service | Unsecured | 51,947.77 | 51,947.77 | 0.00 | 51,947.77 | 736.21 | 150.60 |
| 11 | Ford Motor Credit Company | Unsecured | 10,626.45 | 10,626.45 | 0.00 | 10,626.45 | 150.60 | 0.00 |
| 12 | E-Cast Settlement Corporation | Unsecured | 422.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SUBTOTAL FOR UNSECURED** | | | **106,010.62** | **105,588.32** | **0.00** | **105,588.32** | **1,496.42** | |



FILED AUG 30 2010 BANKRUPTCY COURT BUFFALO, NY

## Claims Proposed Distribution

### Case: 05-92780   BARTOSIK, DESTINY S.

| Case Balance: | $3,850.60 | Total Proposed Payment: | $3,850.60 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 05-92780 : | | $108,364.80 | $107,942.50 | $0.00 | $107,942.50 | $3,850.60 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,354.18 | $2,354.18 | $0.00 | $2,354.18 | 100.000000% |
| Total Unsecured Claims : | $106,010.62 | $105,588.32 | $0.00 | $1,496.42 | 1.417221% |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:
BARTOSIK, DESTINY S.
BARTOSIK, BRYAN K.

Chapter 7

Case No. 05-92780 MJK

Debtor(s).

## ORDER ALLOWING COMPENSATION
## AND CHAPTER 7 ADMINISTRATIVE EXPENSES

The Court, after having reviewed and considered the request for trustee commissions and expenses of the Chapter 7 Trustee herein, and other applications for fees and expenses, if any, and the Court having considered the request for approval of Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) for which approval has not yet been sought, and the Court having considered filed objections, if any, and upon due deliberation, it is

ORDERED that Trustee's commissions and expenses, and other professional's fees and expenses are allowed and approved as follows:

| Applicant(s) | Amounts Allowed | |
|---|---|---|
| | Compensation | Expenses |
| THOMAS J. GAFFNEY | $ 1,750.06 | $ 37.80 |
| Trustee | | |
| THOMAS J. GAFFNEY, ESQ. | $ 302.50 | $ 3.82 |
| Trustee's Firm Legal | | |

and it is further

ORDERED that the Chapter 7 administrative expenses paid by the Trustee (as shown on Form II of the Trustee's Final Report) not yet approved are now allowed and approved, and it is further

ORDERED that the Trustee shall pay the following expenses of administration to the Clerk, U.S. Bankruptcy Court:

| | |
|---|---|
| Notices | $_____ |
| Claims | $_____ |
| Complaints | $_____ |
| Other | $_____ |
| Total to Clerk | $ 260.00 |

Dated: ~~5/13/10~~ JUL 29 2010

Honorable MICHAEL J. KAPLAN
United States Bankruptcy Judge

FILED
JUL 29 2010
BANKRUPTCY COURT
BUFFALO, N.Y.